Austin J. Waldron, Incorporated, complainant-respondent,

*v.*

Juliette V. Cutley, defendant-appellant.

[Decided February 3d, 1930.]

*Mr. Elmer W. Romine,* for the appellant.

*Messrs. Pilgrim & Rilger,* for the respondent.

Per Curiam.

The vice-chancellor found that the false representations alleged to have been made as an inducement to the making of the contract in this case were not proved. *105 N. J. Eq. 586.* In this we concur. This being true, it is unnecessary to pass upon his further conclusion of law that even if proved such representations would not constitute a defense to the bill for specific performance.

The decree is affirmed.

*For affirmance*—The Chief-Justice, Trenchard, Parker, Kalisch, Black, Campbell, Lloyd, Case, Bodine, Van Buskirk, McGlennon, Kays, Hetfield, Dear, JJ. 14.

*For reversal*—None.